Steve Reida
Landoe, Brown, Planalp & Reida, P.C.
27 North Tracy
P.O. Box 1
Bozeman, Montana 59715
e-mail: steve@landoelaw.com

Attorneys for Defendants,
Century Indemnity Co. and
ACE Property & Casualty Insurance Co.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| PACIFIC HIDE & FUR DEPOT, a Montana corporation, n/k/a Pacific Steel & Recycling;<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY, a Delaware corporation; CENTURY INDEMNITY COMPANY, a Pennsylvania corporation; CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, a Nebraska corporation; and RESOLUTE MANAGEMENT INC.<br><br>Defendants. | Case No. CV-12-36-BU-DCC |

### NOTICE OF REMOVAL OF DEFENDANTS
### CENTURY INDEMNITY COMPANY AND
### CENTRAL NATIONAL INSURANCE COMPANY

Defendants Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century") and Central National Insurance Company of Omaha, but only with respect to policies issued through Cravens, Dargan & Co.,


Pacific Coast ("Central National"), as their Notice of Removal pursuant to 28 U.S.C. §1446, state as follows:

1. On May 9, 2012, Century and Central National were served with a Summons and a copy of Plaintiff's Complaint and Jury Demand in the matter of *Pacific Hide & Fur Depot v. Great American Insurance Co., et al.*, pending as Case No. DV-12-313B in the Montana Eighteenth Judicial District Court, Gallatin County (the "State Court Action"). Copies of the Summons and the Complaint and Jury Demand are attached as Exhibit A hereto. This Notice of Removal is being filed within 30 days of May 9, 2012 and is therefore timely pursuant to 28 U.S.C. §1446(b).

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332 (a) because: (i) this is a civil action; (ii) the matter in controversy exceeds the sum or value of $75,000; and (iii) the matter in controversy is between citizens of different states.

3. Plaintiff's Complaint and Jury Demand prays for damages in excess of $75,000.

4. Plaintiff is a Montana corporation with its principal place of business in Montana and is thus a citizen of the State of Montana.

5. Defendant Century is a Pennsylvania corporation with its principal place of business in Pennsylvania and is thus not a citizen of the State of Montana.

6. Defendant Central National is a Nebraska corporation with its principal place of business in Nebraska and is thus not a citizen of the State of Montana.

7. Defendant Great American Insurance Co. is an Ohio corporation with its principal place of business in Ohio and is thus not a citizen of the State of Montana.

8. Defendant Resolute Management, Inc. is a Delaware corporation with its principal place of business in Nebraska and is thus not a citizen of the State of Montana.

9.     Defendants Great American Insurance Co. and Resolute Management, Inc. have informed the undersigned that they consent to the removal of this action.

WHEREFORE, Century and Central National hereby give notice of the removal of the State Court Action to this Court.

Dated:  June 8, 2012                                   Respectfully submitted,

Century Indemnity Co. and Central National Insurance Co.

By: /s/ Steve Reida

Steve Reida
Landoe, Brown, Planalp & Reida, P.C.
27 North Tracy
P.O. Box 1
Bozeman, Montana 59715
e-mail: steve@landoelaw.com
Phone: (406) 586-4351

## CERTIFICATE OF SERVICE

I hereby certify that, on the 8th day of June, 2012, a copy of the foregoing document was served on the following persons by the following means:

<u>1-4</u>  EM/ECF
___  Hand Delivery
___  Mail
___  Overnight Delivery Service
___  Fax
___  E-Mail

1. Clerk, U.S. District Court

2. Kyle Anne Gray
   Michelle M. Sullivan
   Holland & Hart LLP
   P.O. Box 639
   Billings, MT 59103-0639
   *Attorneys for Plaintiff*

3. Allan Baris
   Moore, O'Connell & Refling P.C.
   P.O. Box 1288
   Bozeman MT 59771-1288
   Phone: 406-587-5511
   Fax: 406-587-9079
   *Attorneys for Resolute Management, Inc.*

4. Michael Patrick Hooks
   Forsberg & Umlauf PS
   901 5th Avenue, Suite 1400
   Seattle, WA 98164-1039
   *Attorneys for Great American Insurance Company*