IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PACIFIC HIDE & FUR DEPOT, a Montana corporation, n/k/a Pacific Steel & Recyling,<br><br>    Plaintiff,<br><br>  vs.<br><br>GREAT AMERICAN INSURANCE COMPANY, CENTURY INDEMNITY COMPANY, CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, RESOLUTE MANAGEMENT INC., and NATIONAL INDEMNITY COMPANY,<br><br>    Defendants. | CV 12–36–BU–DLC<br><br><br>ORDER |

    Plaintiff Pacific Hide & Fur Depot and remaining Defendants Resolute Management, Inc. and National Indemnity Company, having stipulated to dismissal of all claims between them with prejudice, and all other parties and claims having been earlier dismissed with prejudice,

    IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs, expenses, and attorneys' fees. This case is CLOSED.

-1-

DATED this 5th day of January, 2015.

_____
Dana L. Christensen, Chief District Judge
United States District Court